**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

AARON AUGUSTINE HEREDIA,            No. CIV S-10-0693-GEB-CMK

        Petitioner,

    vs.                                                     <u>ORDER</u>

MICHAEL MARTEL,

        Respondent.

_____/

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.   Good cause appearing therefor, the substitution of attorneys filed on July 21, 2011 (Doc. 29), is approved.  Attorney John R. Duree, Jr., is substituted as counsel for petitioner, who had been proceeding pro se.

        IT IS SO ORDERED.

 DATED:  July 25, 2011

                           _____
                           **CRAIG M. KELLISON**
                           UNITED STATES MAGISTRATE JUDGE

1