1  **JOHN R. DUREE, JR., INC.**
   **A Professional Law Corporation**
2  Attorney at Law – SBN 65684
   428 J Street, Suite 352
3  Sacramento, California 95814
   Telephone: (916) 441-0562
4  Facsimile: (916) 447-2988

5  Attorneys for Petitioner
   AARON AUGUSTINE HEREDIA
6

7

8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11  AARON  AUGUSTINE HEREDIA,

12          Petitioner,                    Case No. 10-CV-0693-GEB-CMK

13  v.

14

15  MICHAEL MARTEL, Warden,        **APPLICATION AND STIPULATION TO**
                                   **ENLARGE TIME FOR PETITIONER TO**
16          Respondent.            **FILE TRAVERSE;  ORDER**

17

18

19

20          I was retained in early July, 2011 to prepare the traverse in this matter (petitioner filed his

21  petition for writ of habeas corpus *pro se*).  Prior to preparing the traverse it is necessary that I review

22  the record on appeal, including the reporter's transcript of the trial proceedings, which consists of

23  796 pages, and the briefing on appeal, in addition to the petition.  Further, I must also review the

24  papers and documents contained in trial counsel's file to ensure that all potentially meritorious

25  habeas issues have been raised, and conduct any necessary research.  I have not yet completed this

26  review and preparation of the traverse.  Thus, I request an additional 90 days from the current due

27  date for filing the traverse of September 19, 2011 to prepare and file the traverse, to December 19,

28  2011.

1    On September 12, 2011, my associate, Erin J. Radekin, communicated with Jill Thayer,

2  attorney representing respondent in this case, via email.  Ms. Thayer stated that she has no opposition

3  to the request for an enlargement of time by 90 days.

4    Accordingly, application is being made to the Court pursuant to agreement among the parties

5  that the deadline for petitioner to file the traverse be enlarged to December 19, 2011.

6  Dated:  September 12, 2011                                Respectfully submitted,

7

8

                                                /s/ John R. Duree, Jr.
9                                               JOHN R. DUREE, JR.
                                                Attorney for Petitioner
10                                              AARON AUGUSTINE HEREDIA

11

12    IT IS SO ORDERED.

13

14  DATED: September 20, 2011

15                                              _____
                                                CRAIG M. KELLISON
16                                              UNITED STATES MAGISTRATE JUDGE

17

18

19

20

21

22

23

24

25

26

27

28

-2-