**JOHN R. DUREE, JR., INC.**
**A Professional Law Corporation**
Attorney at Law – SBN 65684
428 J Street, Suite 352
Sacramento, California 95814
Telephone: (916) 441-0562
Facsimile: (916) 447-2988

Attorneys for Petitioner
AARON AUGUSTINE HEREDIA

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON AUGUSTINE HEREDIA,<br><br>Petitioner,<br><br>v.<br><br>MICHAEL MARTEL, Warden,<br><br>Respondent. | Case No. 10-CV-0693-GEB-CMK<br><br>**APPLICATION AND STIPULATION TO ENLARGE TIME FOR PETITIONER TO FILE TRAVERSE; ORDER** |

The current deadline for filing the traverse is December 19, 2011. As explained in the prior Application and Stipulation to Enlarge Time for Petitioner to File Traverse, because I did not prepare the petition (it was filed *pro se*), it was necessary that I review voluminous records before I would be in a position to assess whether a traverse could be filed, and whether any additional action needed to be taken, such as a motion to amend the petition. Since I was retained in this case in early July, 2011, my associate, Erin J. Radekin, and I have reviewed the record on direct appeal, which consisted of 796 pages; trial counsel's file; the briefing and opinion on direct appeal; the petition for review; and the petition and other pleadings in this case. Further, we have conducted research and we have begun preparation of the traverse. We have been delayed in the process of preparing the traverse, however, due to an injury suffered by Ms. Radekin; on November 29, 2011, she fractured a bone in her foot, which required surgery, on December 9, 2011. For these reasons, we request an

1  additional 30 days to complete and file the traverse in this matter.

2      On December 13, 2011, Ms. Radekin communicated with Jill Thayer, attorney representing
3  respondent in this case, by telephone. Ms. Thayer stated that she has no opposition to the request for
4  an enlargement of time by 30 days.

5      Accordingly, application is being made to the Court pursuant to agreement among the parties
6  that the deadline for petitioner to file the traverse be enlarged to January 18, 2012.

7  Dated: December 13, 2011                                        Respectfully submitted,

10                                                             /s/ John R. Duree, Jr.
                                                            JOHN R. DUREE, JR.
                                                            Attorney for Petitioner
11                                                             AARON AUGUSTINE HEREDIA

13 IT IS SO ORDERED.

15 DATED: December 16, 2011

17                                                      **CRAIG M. KELLISON**
                                                     UNITED STATES MAGISTRATE JUDGE