1  **JOHN R. DUREE, JR., INC.**
   **A Professional Law Corporation**
2  Attorney at Law – SBN 65684
   ERIN J. RADEKIN
3  Attorney at Law  - SBN 214964
   428 J Street, Suite 352
4  Sacramento, California 95814
   Telephone: (916) 441-0562
5  Facsimile: (916) 447-2988

6  Attorneys for Petitioner
   AARON AUGUSTINE HEREDIA

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10

11 AARON  AUGUSTINE HEREDIA,
                                              Case No. 10-CV-0693-GEB-CMK
12         Petitioner,

13 v.

14                                            **APPLICATION AND STIPULATION TO**
   MICHAEL MARTEL, Warden,                    **ENLARGE TIME FOR PETITIONER TO**
15                                            **FILE TRAVERSE;  ORDER**
           Respondent.
16

17

18

19     By order dated March 12, 2012, the Court has ordered filing of a traverse or reply to

20 respondent's Response to Amended Petition for Writ of Habeas Corpus (filed April 5, 2012) by 30

21 days after the filing of said response, or May 5, 2012.  Counsel for petitioner respectfully request an

22 additional 60 days enlargement of time, for the reasons set forth herein.  Within the last 30 days, Mr.

23 Duree and his associate Ms. Radekin, who has assisted with the briefing, have been preparing

24 supplemental briefing for a state petition for writ of habeas corpus matter in the case *In re Narinder*

25 *Singh Khatkhar*, Sutter County case number CRHC 09-0040502-002.  It is important that such

26 briefing be filed as soon as reasonably possible, as Mr. Khatkhar is currently in immigration custody

27 facing imminent deportation as the result of a Sutter County conviction.  Further, Ms. Radekin is

28 currently involved in a demanding dependency case out of Butte County, *In re Yhip*, petition nos. J-

   36319 and J-36320.  As it is early in this dependency proceeding and the dependency time lines are

brief, the case is moving very quickly, and involves approximately 1,000 pages of medical records. It is set for jurisdictional hearing on May 10, 2012 and trial will follow within 30 days thereafter. Ms. Radekin is also appointed counsel for Rafael Velasco in the case *United States v. Rafael Velasco, et al.*, case 1:11-cr-00186, which involves approximately 3,000 pages of discovery and numerous phone communications intercepted pursuant to wire tap orders, as well as several other federal felony cases currently pending in pretrial proceedings.

Mr. Duree presently has four federal mortgage fraud cases pending (two are related) in this Court involving voluminous discovery, *United States v. Vitaliy Andreyev,* case nos. 2:12-cr-00069-JAM, *United States v. Valeri Mysin*, case no. 2:11-cr-00427-LKK and 2:12-cr-00051-MCE and *United States v. Khadzhimurad Babatov*, case no. 2:11-cr-00514-GEB.  Mr. Duree also has several other felony state cases pending in state court in pre-trial proceedings, involving approximately four appearances each week, some out-of-county.

On May 1, 2012, undersigned counsel communicated with Jill Thayer, attorney representing respondent in this case, by email.  Ms. Thayer stated that she has no opposition to a 60-day enlargement of time.

Accordingly, application is being made to the Court that the deadline for petitioner to file the traverse be enlarged by 60 days.

Dated: May 3, 2012                                                            Respectfully submitted,

  /s/ JOHN R. DUREE, JR.
JOHN R. DUREE, JR.
Attorney for Petitioner
AARON AUGUSTINE HEREDIA

IT IS SO ORDERED.

DATED:  May 10, 2012

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE