1  **JOHN R. DUREE, JR., INC.**
   **A Professional Law Corporation**
2  Attorney at Law – SBN 65684
   ERIN J. RADEKIN
3  Attorney at Law  - SBN 214964
   428 J Street, Suite 352
4  Sacramento, California 95814
   Telephone: (916) 441-0562
5  Facsimile: (916) 447-2988

6  Attorneys for Petitioner
   AARON AUGUSTINE HEREDIA

7
                    **UNITED STATES DISTRICT COURT**
8
                    **EASTERN DISTRICT OF CALIFORNIA**
9

10

11  AARON  AUGUSTINE HEREDIA,
                                            Case No. 10-CV-0693-GEB-CMK
12                Petitioner,

13  v.

14                                          **APPLICATION AND STIPULATION TO**
    MICHAEL MARTEL, Warden,                 **ENLARGE TIME FOR PETITIONER TO**
15                                          **FILE TRAVERSE; ORDER**
                  Respondent.
16

17

18

19       By order dated July 11, 2012, this Court granted petitioner's second request for an

20  enlargement of time by 60 days in which to file a traverse or reply to respondent's response to the

21  amended petition, filed on April 5, 2012.  Counsel for petitioner respectfully requests an additional

22  30 days enlargement of time, for the reasons set forth herein.

23       As noted in the last application for enlargement of time, Mr. Duree and Ms. Radekin are

24  currently represent a client in dependency (*In re Mikaela and Jonathan Y.*, petition nos. J-36319 and

25  J-36320) and criminal (*People v. James Peter Yhip*, case no. CM036919) cases pending in Butte

26  County Superior Court relating to the death of a child.  This case involves approximately 14,000

27  pages of discovery so far, as well as complex medical and scientific issues, and the use of experts.

28  Further, given the interests at stake – the parental interests of the client, the interests of his children,

    who are detained, as well as the client's interests in his reputation and professional license  – the case

1   is a high priority in our office at this time.  The criminal matter is pre-preliminary examination and

2   the jurisdiction hearing has been vacated with a status conference date set in light of the additional

3   discovery.

4       In addition, Mr. Duree and Ms. Radekin are currently working on final rewriting and editing

5   on appellant's opening brief in the case *William Rennie III v. Michael Martel,* 9th Circuit case no.

6   12-15156, which is due on September 20, 2012.  We have agreed to provide our client with a draft

7   in advance of the due date.  Mr. Duree and Ms. Radekin are also involved in preparing a reply in the

8   state habeas matter *In re Khatoonian*, California Court of Appeal, Third District, case no. C069662,

9   which is due September 11, 2012.  Finally, both Mr. Duree and Ms. Radekin have multiple

10  additional cases pending in both state and federal court that require regular court appearances both in

11  and out of county.

12      Nonetheless, Ms. Radekin has begun preparing the traverse in this matter.  Additional work

13  and consultation with Mr. Duree remains to be done, however.

14      On September 6, 2012, Ms. Radekin communicated with Jill Thayer, attorney representing

15  respondent in this case, by email.  Ms. Thayer responded by email, indicating that she has no

16  opposition to a 30-day enlargement of time.

17      Accordingly, application is being made to the Court that the deadline for petitioner to file the

18  traverse be enlarged by 30 days.

19  Dated: September 6, 2012                          Respectfully submitted,

20

21                                                    /s/ JOHN R. DUREE, JR.
                                                      JOHN R. DUREE, JR.
22                                                    Attorney for Petitioner
                                                      AARON AUGUSTINE HEREDIA
23

24  IT IS SO ORDERED.

25   DATED:  September 10, 2012

26

27  CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE
28